NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAUL VASQUEZ, DOC #T08246,        )
                                  )
          Appellant,              )
                                  )
v.                                )        Case No.  2D18-3495
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____  )

Opinion filed June 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Raul Vasquez, pro se.


PER CURIAM.

          Affirmed.


SILBERMAN, KELLY, and ATKINSON, JJ., Concur.